**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ENDURANCE AMERICAN
SPECIALTY INSURANCE COMPANY

Plaintiff

AND

AXIS SURPLUS INSURNACE COMPANY AND
JAMES RIVER INSURNACE COMPANY

Intervening Plaintiff

V.

WILLIAM KRAMER & ASSOCIATES

Defendant

---

WILIAM KRAMER & ASSOCIATES, LLC

Counterclaim Plaintiff,

V.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

Counterclaim Defendant

---

WILLIAM KRAMER & ASSOCIATES, LLC

Third-Party Plaintiff

V.

MADSEN, KNEPPERS AND ASSOCATES, INC.

Third-Party Defendant

CIVIL ACTION NO.
3:18-CV-00192-MPS

SEPTEMBER 13, 2018

**RULE 7.1 DISCLOSURE STATEMENT**

The undersigned third party defendant, **Madsen, Kneppers and Associates, Inc.**, states that it does not have a parent corporation, or a publicly held corporation that owns 10% or more of its stock.

Dated at Glastonbury, Connecticut, this 13th day of September, 2018.

**THIRD PARTY DEFENDANT,**
**MADSEN, KNEPPERS AND ASSOCIATES, INC.**

By________CT14579_______________
Jon P. Antkowiak
Federal No. CT14579
Law Office of Cynthia A. Jaworski
200 Glastonbury Boulevard, Suite 201
Glastonbury, CT 06033
Phone: 860-815-9454
Fax: 1-877-363-3593
E-Mail: jon.antkowiak@cna.com

**CERTIFICATION**

I hereby certify that on the 13th day of September, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Attorney Kerry R. Callahan
Attorney Adam B. Marks
Attorney Valerie M. Ferdon
Updike, Kelly & Spellacy
100 Pearl Street – 17th Floor
Hartford, CT 06123
**Email** krcallahan@uks.com
amarks@uks.com
vferdon@uks.com

Attorney Thomas Katon
Susman Duffy & Segaloff
59 Elm Street
New Haven, CT 06511
**Email** tkaton@susmanduffy.com

Attorney Sina Bahadoran
Attorney Aaron Warren
Clyde & Co.US, LLP
1221 Brickell Avenue – Suite 1600
Miami, FL 33131
**Email** sina.bahadoran@clydeco.us
aaron.warren@clydeco.us

Attorney Jeffrey F. Gostyla
Halloran & sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
**Email** gostyla@halloransage.com

Attorney Michael Bono
Wade Clark Mulcahy
180 Maiden Lane
New York, NY 10038
**Email** mbono@mwcmlaw.com

Attorney Owen Carragher, Jr.
Attorney Troy Shuman
Clyde & Co. US, LLP
408 Lexington Avenue – 16th Floor
New York, NY 10174
**Email** owen.carragher@clydeco.us
troy.shuman@clydeco.us

CT14579
Jon P. Antkowiak